IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
      PELVIC REPAIR SYSTEM        MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO

RENAE HUNTSINGER,

      Plaintiff,

v.        Civil Action No. 2:14-cv-29045

ETHICON, INC., and
JOHNSON & JOHNSON,

      Defendants.

## MEMORANDUM OPINION AND ORDER

Plaintiff, Renae Huntsinger's counsel filed this civil action on November 26, 2014 [ECF No. 1]. On November 15, 2018, plaintiff's counsel filed a Suggestion of Death noting the death of plaintiff Renae Huntsinger on or about September 13, 2013. Because the plaintiff was deceased prior to the time this case was filed, she cannot bring a lawsuit in her own name. "[A] lawsuit filed in the name of a deceased individual is a nullity over which this Court has no jurisdiction." *In re Engle Cases,* No. 3:09-cv-1000-J-32JBT, 2013 WL 8115442, at *2 (M.D. Fla. Jan. 22, 2013). Accordingly, the court **ORDERS** that this case is **DISMISSED** without prejudice and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to file a copy of this Order and to send a copy of this Order to counsel and any unrepresented party.

ENTER: May 6, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE